IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


UNITED STATES OF AMERICA,   )
                            )
    Plaintiff,              )
                            )          CIVIL ACTION NO.
    v.                      )          1:10cv656-MHT
                            )               (WO)
FOUR THOUSAND EIGHT         )
HUNDRED SEVENTY SEVEN       )
($4,877.00) DOLLARS IN      )
UNITED STATES CURRENCY, and )
FIVE THOUSAND THREE HUNDRED )
($5,300.00) DOLLARS IN      )
UNITED STATES CURRENCY,     )
                            )
    Defendant.              )

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that claimant Maria Guadalupe Miranda-Garcia's motion to withdraw claim (doc. no. 26) is granted and any claim she may have in this case is withdrawn.  This case still remains pending as to the claim of claimant Leonel Mendoza-Islas.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 29th day of November, 2010.


          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE